UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KIMBERLY DUNCAN SCHROEDER,

Plaintiff,

v.

FORD MOTOR COMPANY, INC.,

Defendant.

Case No.:  23-cv-1809 W (VET)

**ORDER DISMISSING CASE**

The parties have filed a joint stipulation for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which allows parties to dismiss a case without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." The stipulation is signed by counsel for all parties.  Thus, this case is **DISMISSED**.  The Clerk is **ORDERED** to close the district court case.

**IT IS SO ORDERED**.

Dated:  July 19, 2024

Hon. Thomas J. Whelan
United States District Judge

1

23-cv-1809 W (VET)